| | | | |
|---|---|---|---|
| Lipesky v. Mahan .................... | 829 EDA 2016<br>Affirmed | 10/14/2016 | 2014–03210<br>(Northampton) |
| Com. v. Horvatinovic ................. | 1279 MDA 2015<br>Affirmed | 10/14/2016 | CP–67–CR–0006946–<br>2013<br>(York) |
| Com. v. Martinez .................... | 1994 MDA 2015<br>Vacated and<br>Remanded | 10/14/2016 | CP–67–CR–0001838–<br>2013<br>CP–67–CR–0001839–<br>2013<br>CP–67–CR–0002199–<br>2012<br>(York) |
| Com. v. Zuccher .................... | 1730 WDA 2014<br>Vacated and<br>Remanded | 10/14/2016 | CP–43–CR–0000478–<br>2014<br>(Mercer) |
| M.G. v. S.J. ......................... | 1205 WDA 2015<br>Quashed | 10/14/2016 | FD–07–009307–004<br>(Allegheny) |
| M.G. v. S.J. ......................... | 1206 WDA 2015<br>Quashed | 10/14/2016 | FD 07–009307–004<br>(Allegheny) |
| Com. v. Bacon ...................... | 568 WDA 2016<br>Affirmed | 10/14/2016 | CP–65–CR–0004967–<br>2006<br>(Westmoreland) |
| Com. v. Slider ...................... | 587 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/14/2016 | CP–25–CR–0002332–<br>2015<br>(Erie) |
| Com. v. Reaves ..................... | 659 EDA 2015<br>Affirmed | 10/17/2016 | CP–51–CR–0007567–<br>2013<br>(Philadelphia) |
| S.L.R. v. R.V. ....................... | 612 EDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 10/17/2016 | No. C–48–CV–2014–<br>10175<br>(Northampton) |
| PA Counseling Services, Inc. v. Yambor | 1287 MDA 2015<br>Affirmed | 10/17/2016 | 2014–01166<br>(Lebanon) |
| Johnson v. PB Services, Inc. .......... | 1468 MDA 2015<br>Affirmed | 10/17/2016 | 2013–2377<br>(Franklin) |
| Com. v. Charowsky................... | 9 MDA 2016<br>Affirmed | 10/17/2016 | CP–54–CR–0001413–<br>2014<br>(Schuylkill) |
| Com. v. Goldbach [17] ................. | 96 MDA 2016<br>Affirmed | 10/17/2016 | CP–36–CR–0002145–<br>2015<br>(Lancaster) |
| In the Interest of: J.M.K. .............. | 649 MDA 2016<br>Affirmed | 10/17/2016 | 2015–0096<br>(York) |
| In the Interest of: S.E.K. .............. | 650 MDA 2016<br>Affirmed | 10/17/2016 | 2015–0097<br>(York) |

17. Petition for reargument denied December 28, 2016.